# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CARL GRIER, | : |
| Plaintiff, | : |
| vs. | : 5:05-cv-132 (CAR) |
| SGT. ROBBIE JOINER, | : |
| Defendant. | : |

## ORDER ON MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] that Defendants' Motion to Dismiss [Doc. 12], construed as a Motion for Summary Judgment [Doc. 16], be granted. Plaintiff filed no Response to Defendant's motion, even after being ordered to do so [Doc. 16], and filed no Objection to the Recommendation. The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 7th day of April, 2006.

S/ C. Ashley Royal  
C. ASHLEY ROYAL  
UNITED STATES DISTRICT JUDGE

AEG